No. 76–6637. DAVIAGE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 76–6828. FURY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 77–5291. LEE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 77–1077. GRAVES ET UX. *v.* WHITE MOUNTAIN APACHE TRIBE, DBA FORT APACHE TIMBER CO., ET AL. Ct. App. Ariz. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.